# Katten

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**Jessica G. Kraver**
**jessica.kraver@katten.com**
**+1.212.940.6523 direct**
**+1.212.894.5590 fax**

May 31, 2022

**<u>Filed Via ECF</u>**

Hon. John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re:**     ***Thérèse Hellström vs. New WTC Retail Owner, LLC, et al.*, Case No. 1:22-cv-01495**
           **(JGK)**

Dear Judge Koeltl:

In accordance with the Court's referral to the Southern District of New York Mediation Program, the parties participated in a mediation on May 26, 2022.  The parties did not reach a settlement during the mediation.

The parties await the Court's further instruction on the revised calendar.

Sincerely,

/s/ Jessica G. Kraver

Jessica G. Kraver

cc:  Christopher Serbagi, Counsel for Plaintiff (via ECF)

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY     CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES

NEW YORK     ORANGE COUNTY     SHANGHAI     WASHINGTON, DC

A limited liability partnership including professional corporations

LONDON: KATTEN MUCHIN ROSENMAN UK LLP