```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

THERESE HELLSTROM,

              Plaintiff,

       - against -

UNIBAIL-RODAMCO WESTFIELD, SE ET AL.

              Defendants.

22-cv-1495 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for **June 14, 2022**, at **2:30 p.m.** is canceled. The parties should submit a Rule 26(f) report by **June 24, 2022**.

SO ORDERED.

Dated:    New York, New York
             June 10, 2022

                                              John G. Koeltl
                                    United States District Judge