

488 MADISON AVENUE, SUITE 1120, NEW YORK, NEW YORK 10022
OFFICE 212.593.2112     WEB SERBAGILAW.COM
EMAIL CHRISTOPHER@SERBAGILAW.COM

June 23, 2022

<u>By ECF</u>
Hon. John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>Hellström v. Unibail-Rodamco, Index No. 1:22-cv-01495 (JGK)</u>

Dear Judge Koeltl:

  The parties in the above-entitled case are pleased to announce that we have agreed to all terms of a settlement agreement and are currently obtaining final signatures.  Accordingly, with the Court's permission, we request to be excused from providing a Rule 26(f) report on June 24, 2022, as otherwise required by the Court's Order dated June 10, 2022.

  Thank you kindly for your assistance.

            Very truly yours,

            /s/ Christopher Serbagi

            Christopher Serbagi